UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

STANTON ENERGY PARTNERS LLC,
A NEW JERSEY LIMITED LIABILITY CORPORATION, Plaintiff,

vs.

TAP ENERGY GROUP LLC, A FLORIDA LIMITED LIABILITY CORPORATION, TRAVIS A. PZSONY, INDIVIDUALLY, AND JON D. FERNANDEZ, INDIVIDUALLY, Defendant(s)

Case No. 15-CV-80351-DMM

JUL 15 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## Motion For Referral To Volunteer Attorney Program

I, __JON D. FERNANDEZ__, am a *pro se* party representing myself in this case, and have requested authorization to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 or am otherwise unable to afford a lawyer. Therefore, I request that the Court refer my request to the Court's Volunteer Attorney Program. I understand that it will be up to volunteer attorneys, not the Court, to determine whether they wish to represent me. If a volunteer attorney agrees to take my representation, I will cooperate with that counsel in the preparation and presentation of my case.

Signature: /s/
Printed name: JON D. FERNANDEZ
Address: 336 GOLFVIEW ROAD APT. 706
NORTH PALM BEACH, FL 33408

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by [specify method of service -- hand delivery/U.S. Mail/other]   on   [date] on all counsel or parties of record on the Service List below.

Signature: _____
Printed name: _____

**SERVICE LIST**
Attorney or Party Name
Attorney or Party E-mail Address
Firm Name
Street Address City, State, Zip Code
Telephone: (xxx) xxx-xxxx
Facsimile: (xxx) xxx-xxxx
Attorneys for Plaintiff/Defendant